**E-Filed 5/8/2009**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JAMES ALAN BUSH,<br><br>    Petitioner,<br><br>v.<br><br>SANTA CLARA COUNTY OFFICE OF THE DISTRICT ATTORNEY,<br><br>    Respondent. | Case Number C 09-0946 JF<br><br>**ORDER[1] DENYING PETITION FOR A WRIT OF HABEAS CORPUS**<br><br>Re: Docket Nos. 1, 2 and 4 |

## I. BACKGROUND

Petitioner, a state prisoner proceeding *pro se*, seeks a writ of habeas corpus. Petitioner alleges that the district attorney modified the terms and conditions of his probation without notifying him or obtaining his consent.

## II. DISCUSSION

"Before a federal court may consider the merits of a state prisoner's petition for a writ of habeas corpus, the prisoner generally must first exhaust his available state court remedies." *Smith v. Baldwin*, 510 F.3d 1127, 1127-28 (9th Cir. 2007) (citing 28 U.S.C. § 2254(b)). "The rule of exhaustion requires that a habeas petitioner fairly present his federal claims to each appropriate state court [and f]air presentation requires that a state's highest court has a fair opportunity to consider . . . and to correct [the] asserted constitutional defect." *Wooten v.*

---

[1] This disposition is not designated for publication in the official reports

Case No. CV 09-0946 JF
ORDER DENYING PETITION FOR A WRIT OF HABEAS CORPUS
(JFEX1)

1  *Kirkland*, 540 F.3d 1019,1025 (9th Cir. 2008) (internal citation omitted).  In the instant case,
2  Petitioner has appealed only to the California Court of Appeal, and he did not raise the same
3  grounds in that appeal as he is raising in the instant petition.  *See* Pet. at A(8).  Accordingly,
4  Petitioner has not exhausted all of his available state court remedies.

### III.  ORDER

6  The instant petition for writ of habeas corpus is DISMISSED without prejudice, and the
7  application to proceed *in forma pauperis* is DENIED as moot.  The Clerk shall close the file.

9  **IT IS SO ORDERED.**

11  DATED: 5/8/09

_____
JEREMY FOGEL
United States District Judge

2

Case No. CV 09-0946 JF
ORDER DENYING PETITION FOR A WRIT OF HABEAS CORPUS
(JFEX1)

1   This Order was served on the following persons:

2   James Alan Bush
    DWF967-08086698
3   Santa Clara County Jail
    885 N. San Pedro Avenue
4   San Jose, CA 95110

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3
Case No. CV 09-0946 JF
ORDER DENYING PETITION FOR A WRIT OF HABEAS CORPUS
(JFEX1)