1

2          **E-Filed 2/23/2010**

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11

12   JAMES ALAN BUSH,                    Case Number C 09-946 JF

13                  Petitioner,          ORDER[1] DENYING MOTION FOR
                                         CERTIFICATE OF APPEALABILITY
14        v.

15   SANTA CLARA COUNTY OFFICE OF THE
     DISTRICT ATTORNEY,
16
                    Respondent.
17

18

19        On May 8, 2009, this Court denied the petition for writ of habeas corpus brought by

20   Petitioner James Alan Bush ("Petitioner") pursuant to 28 U.S.C. § 2254.  The Court entered

21   judgment for Respondent on May 11, 2009.  On June 9, 2009, Petitioner filed a notice of appeal,

22   which this Court construes as a motion for a certificate of appealability.

23        A petitioner may not appeal a final order in a federal habeas corpus proceeding without

24   first obtaining a certificate of appealability.  28 U.S.C. § 2253(c)(1)(A).  A court may issue a

25   certificate of appealability "only if the applicant has made a substantial showing of the denial of a

26   constitutional right.  28 U.S.C. § 2253(c)(2).  A certificate of appealability must indicate which

27   ────────────────────

28        [1] This disposition is not designated for publication in the official reports.

     Case No. C 09-946 JF
     ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY
     (JFLC2)

specific issues satisfy this requirement. 28 U.S.C. § 2253(c)(3).

"Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: The petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

This Court concluded that Petitioner had failed to exhaust his state court remedies with respect to the claims raised in his petition. The Court is not persuaded that reasonable jurists would find this conclusion debatable or wrong. Accordingly, Petitioner's motion for a certificate of appealability is DENIED.

IT IS SO ORDERED.

The clerk shall forward to the court of appeals the case file with this order. *See* Fed. R. App. P. 22(b).

DATED: 2/23/2010

_____
JEREMY FOGEL
United States District Judge

1    A copy of this Order was served upon the following persons:

2

3    James Alan Bush
     DWF967-08086698
4    Santa Clara County Jail
     885 N. San Pedro Avenue
5    San Jose, CA 95110

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3